24269

The STATE, Respondent v. Johnny Sylvester SCOTT, Petitioner.

(459 S.E. (2d) 308)

Supreme Court

*Richard E. Thompson, Jr., Lowery, Thompson and King,* Anderson, *for petitioner.*

*T. Travis Medlock, Atty. Gen., Donald J. Zelenka, Chief Deputy Atty. Gen., Harold M. Coombs, Jr., Sr. Asst. Atty. Gen.* and *Alexandria Broughton Skinner, Staff Atty.,* Columbia, and *George M. Ducworth, Sol.,* Anderson, *for respondent.*

Heard June 13, 1995.

Decided July 3, 1995.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

WALLER, Justice:

We granted a writ of certiorari to review the Court of Appeals' opinion in *State v. Scott*, Op. No. 94-UP-115 (Ct. App. Filed March 24, 1994). We dismiss the writ as improvidently granted.